IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEON BRICE**, | : CIVIL ACTION NO. 1:03-CV-1979 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **CITY OF YORK**, *et al.*, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 29th day of April, 2008, upon consideration of the joint stipulation of dismissal with prejudice (Doc. 112) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, which permits parties to dismiss an action without order of court by filing a signed joint stipulation of dismissal, it is hereby ORDERED that the Clerk of Court is directed to CLOSE this case.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge